IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MCKEEN-CHAPLIN, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>    Plaintiffs,<br><br>    v.<br><br>PROVIDENT SAVINGS BANK, FSB, and DOES 1-50, inclusive,<br><br>    Defendants. | 2:12-cv-03035-GEB-JFM<br><br><u>ORDER</u> |

        This is a putative class action, in which Plaintiff alleges wage and hour violations under the Fair Labor Standards Act ("FLSA") and state law, and a California Business and Professions Code sections 17200, et seq. claim.

        The parties state in the Joint Status Report filed March 4, 2013, in relevant part, as follows:

> Plaintiff[] may seek to add additional parties. The Parties suggest a deadline for joinder of additional parties of May 20, 2013.
>
> . . . .
>
> Plaintiff[] may seek to amend [her] complaint. The parties suggest an amendment deadline of May 20, 2013.
>
> Plaintiff anticipate[s] dismissing the Doe Defendants upon confirmation from Defendant that

1

>Plaintiff has identified the correct legal entity, and upon confirmation that Provident Savings Bank, FSB has adequate resources to satisfy a judgment in this case. Plaintiff[] hope[s] to have this confirmation from Defendant on or before May 20, 2013.
>
>. . . .
>
>Plaintiff has requested that Defendant stipulate to conditional certification of her FLSA claim. Absent such a stipulation, Plaintiff intends to file a motion for conditional certification of her FLSA claim on or before May 20, 2013. Plaintiff intends to file a motion for class certification of her state law claims on or before July 22, 2013.
>
>Defendant intends to file a motion to deny supplemental jurisdiction over Plaintiff's state law claims on or before May 20, 2013.
>
>. . . .
>
>The Parties propose the following deadlines:
>
>May 20, 2013: Deadline for Plaintiff to file a motion for FLSA conditional certification and for Defendant to file a motion to deny supplemental jurisdiction over state law claims.
>
>July 22, 2013: Deadline for Plaintiff[] to file motion for class certification.

(JSR 2:11-19, 3:1-6, 4:17-21, ECF No. 12.)

The parties' proposed briefing schedule concerning the three referenced motions is adopted, as follows: Plaintiff's motion for conditional class certification under the FLSA and Defendant's motion to deny supplemental jurisdiction over Plaintiff's state law claims shall be filed no later than May 20, 2013; Plaintiff's motion for class certification of her state law claims shall be filed no later than June 22, 2013. These motions shall be noticed for hearing on the earliest available regularly scheduled law and motion hearing dates.

Further, the Status (Pretrial Scheduling) Conference set for March 18, 2013, is continued to September 16, 2013, at 9:00 a.m.  A

1 **JOINT** status report shall be filed no later than fourteen (14) days
2 prior to the status conference.
3            IT IS SO ORDERED.
4 Dated:  March 11, 2013

                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge