IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GINA MCKEEN-CHAPLIN, individually, on behalf of all others similarly situated, and on behalf of the general public,

    Plaintiffs,

v.

PROVIDENT SAVINGS BANK, FSB, and DOES 1-50, inclusive,

    Defendants.

2:12-cv-03035-GEB-JFM

<u>AMENDED ORDER</u>

Page 2, lines 19 through 25 of the Order filed March 11, 2013, (ECF No. 14) is amended as follows:

The parties' proposed briefing schedule concerning the three referenced motions is adopted, as follows: Plaintiff's motion for conditional class certification under the FLSA and Defendant's motion to deny supplemental jurisdiction over Plaintiff's state law claims shall be filed no later than May 20, 2013; Plaintiff's motion for class certification of her state law claims shall be filed no later than July 22, 2013. These motions shall be noticed for hearing on the earliest available regularly scheduled law and motion hearing dates.

Dated: March 18, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge