**FILED**

UNITED STATES COURT OF APPEALS

NOV 20 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GINA MCKEEN-CHAPLIN, | No. 13-80190 |
| Plaintiff - Respondent, | D.C. No. 2:12-cv-03035-GEB-JFM |
| v. | Eastern District of California, Sacramento |
| PROVIDENT SAVINGS BANK, | |
| Defendant - Petitioner. | ORDER |

Before: SILVERMAN and CHRISTEN, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's August 12, 2013 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

SL/MOATT