BLANK ROME LLP
Howard M. Knee (SBN 55048)
knee@blankrome.com
Michael L. Ludwig (SBN 173850)
ludwig@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendant
PROVIDENT SAVINGS BANK, FSB

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gina McKeen-Chaplin, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>    Plaintiff,<br><br>    vs.<br><br>Provident Savings Bank, FSB, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 2:12-cv-03035-GEB-AC<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY RESPONSES, PRODUCTION OF DOCUMENTS AND DEPOSITIONS**<br><br>Date:   January 14, 2015<br>Time:   10:00 a.m.<br>Ctrm:   26 |

074664.00204/95241482v.1

1  TO PLAINTIFF AND ALL FLSA OPT-IN PLAINTIFFS ("PLAINTIFFS") AND
2  THEIR COUNSEL OF RECORD:
3      PLEASE TAKE NOTICE that on January 14, 2015, or as soon thereafter as
4  may be heard, Defendant Provident Savings Bank, FSB ("Defendant") will and hereby
5  does move this Court for an order compelling Plaintiffs to provide discovery
6  responses, produce documents in response to Defendant's discovery requests and
7  appear for depositions.
8      Pursuant to Local Rule 251, the parties conferred on December 8, 2014 and
9  thereafter regarding the discovery disputes that are the subject of this motion.  The
10 parties are continuing their attempts to resolve these disputes, and are preparing a
11 Joint Statement regarding any issues that cannot be resolved.

13 DATED:  December 24, 2014          BLANK ROME LLP

16                   By: /s/ Michael L. Ludwig
                      MICHAEL L. LUDWIG
17                   Attorneys for Defendant Provident Savings
                    Bank, FSB

28 074664.00204/95241482v.1        1

**NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY RESPONSES
AND DEPOSITIONS**