UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MCKEEN-CHAPLIN, individually, on behalf of other similarly situated, and on behalf of the general public,<br><br>        Plaintiff,<br><br>  v.<br><br>PROVIDENT SAVINGS BANK, FSB,<br><br>        Defendant. | No. 2:12-CV-03035-GEB-AC<br><br>**ORDER DIRECTING THE CLERK OF COURT TO SUBSTITUTE A REDACTED EXHIBIT IN PLACE OF AN UNREDACTED EXHIBIT** |

On March 13, 2015 Provident filed a request that electronic access be blocked to its filing that contains more than just the last four digits of tax identification numbers. Provident states this information was inadvertently "attached to Exhibit 1 to Provident's Request for Judicial Notice In Support of Opposition to Plaintiffs' Motion for Partial Summary Judgment (ECF No. 77-2)." (ECF No. 82.) A proposed redacted copy of Exhibit 1 to Provident's Request for Judicial Notice is attached to Provident's request and filed as ECF No. 82-2.

Since Provident should have complied with Federal Rule

1

of Civil Procedure 5.2(a), its request is GRANTED. The Clerk of the Court shall substitute the redacted Exhibit 1 filed as ECF No. 82-2 in place of Exhibit 1 that is attached to the Request for Judicial Notice filed on March 2, 2015, which is filed as ECF No. 77-2.

Dated: March 16, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2