UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MCKEEN-CHAPLIN, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENT SAVINGS BANK, FSB,<br><br>Defendant. | No. 2:12-cv-03035-GEB-AC<br><br>**ORDER CONCERNING JUDGMENTS** |

Judgment entered in favor of Defendant on August 12, 2015, is vacated and summary judgment shall be entered in favor of Gina McKeen-Chaplin and the mortgage underwriters in accordance with the Ninth Circuit Order filed on July 5, 2017, and the Mandate filed on July 27, 2017.

Dated: July 28, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1