UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MCKEEN-CHAPLIN, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENT SAVINGS BANK, FSB,<br><br>Defendant. | No. 2:12-cv-03035-GEB-AC<br><br>**ORDER** |

On July 19, 2017, Plaintiffs filed a motion to vacate Defendant's costs taxed against Plaintiffs in light of the Ninth Circuit's ruling in Plaintiffs' favor. ECF No. 111. The Ninth Circuit's mandate concerning the referenced reversal issued on July 27, 2017. ECF No. 113. In accordance with the Ninth Circuit's opinion and mandate, the district court filed an "Order Concerning Judgments" on July 31, 2017, vacating a previous judgment entered in favor of Defendant and entering summary judgment in favor of Plaintiffs. ECF No. 114. Since judgment in favor of defendant has been reversed, costs previously awarded to the Defendant as the prevailing party are automatically vacated. See In re Smith, 876 F.2d 524, 527 (6th Cir. 1989) ("[W]hen a judgment is reversed on appeal, any taxation of costs is also automatically vacated."); Furman v. Cirrito, 782 F.2d 353, 355 (2d Cir. 1986) ("When a district court judgment is reversed . . . on appeal, any costs awarded to the previously prevailing party are automatically vacated."); 10 Alan Wright et al., Federal

1

Practice and Procedure § 2668, Westlaw (database updated Apr. 2017) ("When a judgment is reversed or substantially modified on appeal, the taxation of costs automatically is vacated."). Therefore, Plaintiffs' July 19, 2017 motion to vacate Defendant's costs taxed against Plaintiffs is DENIED as moot.

Dated: August 1, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge