UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MCKEEN-CHAPLIN, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PROVIDENT SAVINGS BANK, FSB,<br><br>　　　　Defendant. | No. 2:12-cv-03035-GEB-AC<br><br>**ORDER** |

　　　　Judgment entered in favor of Plaintiffs on August 1, 2017 is vacated since the entry of summary judgment in favor of Plaintiffs on July 31, 2017 does not resolve all issues in this case.

　　　　Further, the Clerk of Court shall reassign this case to another district judge in light of cases the undersigned judge is handling as a senior judge.

Dated: August 4, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1