Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
Daniel S. Brome, CA State Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery Street, Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorneys for Plaintiffs

BLANK ROME LLP
Howard M. Knee, Esq. (SBN 55048)
knee@blankrome.com
Michael L. Ludwig, Esq. (SBN 173850)
ludwig@blankrome.com
Caitlin I. Sanders (SBN 294143)
csanders@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434
Attorneys for Defendant
PROVIDENT SAVINGS BANK, FSB

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MCKEEN-CHAPLIN, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENT SAVINGS BANK, FSB,<br><br>Defendant. | Case No.: 2:12-cv-03035-MCE-AC<br><br>**JOINT REQUEST FOR DISMISSAL**<br><br>**FRCP 41(a)(1)(A)(ii); ORDER** |

STIPULATION FOR DISMISSAL

The Superior Court for Alameda County granted final settlement approval to the state law class action settlement in *Neal v. Provident Savings Bank, FSB* by order dated November 13, 2018, and served on November 20, 2018. A copy of the *Neal* Final Approval Order is attached hereto as Exhibit 1. Because the *Neal* court granted final approval without substantive modification, this case may be closed. In light of the final settlement approval in *Neal*, and this Court's previous grant of settlement approval, the parties now stipulate that this action may be dismissed.

Therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys that this action be dismissed in its entirety. Except as specifically stated in the parties' settlement agreement and this Court's order, each side shall bear its own fees and costs.

Respectfully submitted,

Dated: December 29, 2018

/s/ Matthew C. Helland
Matthew C. Helland
Attorneys for Plaintiffs

Dated: December 29, 2018

/s/ Michael L. Ludwig
Michael L. Ludwig
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation (ECF No. 136) and Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is DISMISSED in its entirety, with each party to bear its own fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: December 29, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE